Order issued September *14*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00460-CV

## IN THE INTEREST OF T.G., A CHILD

# ORDER

We **GRANT** the August 28, 2012 motion of appellant for an extension of time to file a reply brief. Appellant shall file his reply brief on or before October 4, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE